# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2017

Stephen J. Markman,
Chief Justice

152809

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 152809
                                     COA: 323201

MICHAEL ANTHONY TERRELL, JR.,         Oakland CC: 2013-248508-FC
     Defendant-Appellant.

_____/

     By order of July 26, 2016, the application for leave to appeal the November 10, 2015 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2017



a1023

Clerk